Form FIND

UNITED STATES BANKRUPTCY COURT
Northern District of California

| In Re: | Silicon Valley Technology Group, Inc. | Case No.: 15–53843 SLJ 7 |
|---|---|---|
| | Debtor(s) | Chapter: 7 |

# FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Fred Hjelmeset is discharged as trustee of the estate of the above–named debtor and the bond is canceled.

☑ the chapter 7 case of the above–named debtor is closed;

and

☐ Other

Dated: <u>12/5/16</u>                By the Court:

Stephen L. Johnson
United States Bankruptcy Judge