# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–5 | User: rrombawa | Date Created: 12/5/2016 |
| Case: 15–53843 | Form ID: FIND | Total: 5 |

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee / SJ     USTPRegion17.SJ.ECF@usdoj.gov
tr     Fred Hjelmeset     fhtrustee@gmail.com
aty     David S. Henshaw     david@henshawlaw.com
aty     Fred Hjelmeset     fhtrustee@gmail.com

                                                                                            TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Silicon Valley Technology Group, Inc.     PO Box 505     Los Altos, CA 94023

                                                                                           TOTAL: 1